SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>Koch, et al<br><br>    Defendants | Case No. **2:08-cv-02203-FCD-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 28, 2008 FOR DEFENDANT(s) MICHAEL T. KOCH; JAMES W. ELLIOT TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Michael T. Koch and James W. Elliot, by and through their respective attorneys of record, Scott N. Johnson; Cris Vaughan, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Michael T. Koch and James W. Elliot until November 14, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Michael T. Koch and James W. Elliot are granted an extension until November 28, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Michael T. Koch and James W. Elliot response will be due no later than November 28, 2008.

IT IS SO STIPULATED effective as of November 14, 2008

Dated: November __, 2008        /s/ Cris Vaughan____ ___
                                Cris Vaughan,
                                Attorney for Defendants
                                Michael T. Koch
                                James W. Elliot

Dated: November 14, 2008        /s/Scott N. Johnson ____
                                Scott N. Johnson,
                                Attorney for Plaintiff

1 **IT IS SO ORDERED:** that Defendants Michael T. Koch and
2 James W. Elliot shall have until November 28, 2008 to
3 respond to complaint.

5 Dated: November 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE